IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | CIV 08-426-FHS |
| ) | |
| 1) JAMES MICHAEL MCBRAYER; ) | |
| a.k.a. James M. McBrayer; ) | |
| a.k.a. J. Michael McBrayer; et al., ) | |
| Defendants. ) | |

## O R D E R

**COMES NOW** on this 12th day of February, 2009, by motion of the plaintiff to dismiss the above-entitled and numbered action only as to the defendant, **First United Bank & Trust Co., Durant, Oklahoma**, for the reason the defendant has filed an Answer and Disclaimer of Interest stating the defendant claims no right, title or interest in and to said property which is the subject of this action and finding the same to be in the best interest of all parties herein, the Court ORDERS that the defendant, **First United Bank & Trust Co., Durant, Oklahoma**, should be and is hereby dismissed from this action.

Frank H. Seay
United States District Judge