# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|           Plaintiff, | ) | |
| vs. | ) | CIV 08-426-FHS |
| | ) | |
| 1) JAMES MICHAEL MCBRAYER; | ) | |
| a.k.a. James M. McBrayer; | ) | |
| a.k.a. J. Michael McBrayer; | ) | |
| 2) KARA JANE MCBRAYER; | ) | |
| a.k.a. Kara J. McBrayer; et al., | ) | |
|           Defendants. | ) | |

## AGREED JUDGMENT

This matter comes on for consideration this 9th day of March, 2009, the Court being informed in the premises and it appearing that the defendants, James Michael McBrayer and Kara Jane McBrayer, agree they are indebted to the United States of America as set forth in plaintiff's complaint herein, and in accordance therewith:

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the plaintiff, United States of America, is awarded judgment in personam against the defendants, James Michael McBrayer and Kara Jane McBrayer, for the recovery of the principal sum of $774,520.50, plus interest to November 4, 2008 in the amount of $67,324.39, plus interest from that date at the daily rate of $87.4838 until date of judgment, and interest from date of judgment at the legal rate of .72% until paid in full.

                                                Frank H. Seay
                                                United States District Judge
                                                Eastern District of Oklahoma

SHELDON J. SPERLING
United States Attorney


S/JEANETTE WINDSOR
JEANETTE WINDSOR   O.B.A. 16939
Assistant U.S. Attorney
1200 West Okmulgee
Muskogee OK 74401
918-684-5100
918-684-5130 - fax
jeanette.windsor@usdoj.gov


S/JOEY D. SCHMIDT
JOEY D. SCHMIDT O.B.A. 11507
P O Box 720633
Norman OK 73070
405-329-5777
405-329-3842 - fax
20filing08@sbcglobal.net
Attorney for Defendants McBrayer